## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **NATALIE CROCKETT** | * | **CIVIL ACTION NO. 1:23cv287 LG-RPM** |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **CENTAURI SPECIALTY INSURANCE COMPANY,** | * | |
| | * | |
| **Defendant.** | * | |

## JOINT MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Natalie Crockett, and Defendant, Centauri Specialty Insurance Company, who show to this Court that the Plaintiff's claims against defendant, Centauri Specialty Insurance Company, in the above entitled and numbered cause have been amicably settled and fully compromised, move that same be dismissed, with prejudice, and each party to bear their respective costs.

Respectfully submitted,

   **/s/ Jason O. Webster**
Jason O. Webster
MS Bar No. 100920
6200 Savoy Drive, Ste. 150
Houston, TX 77036
(713) 581-3900
filing@thewebsterlawfirm.com
*Counsel for Plaintiff*

   **/s/ Darin S. Britt**
Darin S. Britt
*Pro Hac Vice*
LOBMAN CARNAHAN

400 Poydras Street, Suite 2300
New Orleans, LA 70130
(504) 586-9292
dsb@lcba-law.com

-and-

Trace D. McRaney, Esq.
MS Bar No. 9905
Dukes, Dukes, Keating & Faneca, P.A.
Post Office Drawer W
Gulfport, MS 39502
Telephone: (228) 868-1111
Facsimile: (228) 863-2885
*Counsel for Defendant*

**Certificate of Service**

I hereby certify that on May 31, 2024, I electronically transmitted this document to the Clerk of Court using the CM/ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic filing to counsel of record:

Jason O. Webster
MS Bar No. 100920
6200 Savoy Drive, Ste. 150
Houston, TX 77036
(713) 581-3900
filing@thewebsterlawfirm.com

*/s/ Darin S. Britt*
_____