IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**NATALIE CROCKETT**                                                                                       **PLAINTIFF**

**v.**                                                                          **CAUSE NO. 1:23cv287-LG-RPM**

**CENTAURI SPECIALTY**
**INSURANCE COMPANY**                                                                      **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of the claims asserted in this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE** with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 31st day of May, 2024.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge